# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARY E. MILLER, et al.,

       Plaintiff,                :        Case No. 3:11-cv-237

                                         District Judge Thomas M. Rose
    -vs-                                 Magistrate Judge Michael R. Merz

                                  :

AutoZone, Inc., et al.,

       Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 5, 2011, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendant AutoZone's Motion to Dismiss for lack of service of process be, and it hereby is, DENIED.

December 9, 2011.                                       ***s/THOMAS M. ROSE***

                                                                             Thomas M. Rose
                                                           United States District Judge