# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARY E. MILLER, et al.,

      Plaintiffs,      :      Case No. 3:11-cv-237

                                  District Judge Thomas M. Rose
   -vs-                           Magistrate Judge Michael R. Merz

                          :

AutoZone, Inc., et al.,

      Defendants.

## ORDER

This case is before the Court on Plaintiffs' Motion for Extension of Time to File Plaintiffs' Opposition Memorandum to Defendant Autozone's Answer to Complaint (Doc. No. 22). No such pleading is required by law or permitted by the Federal Rules of Civil Procedure. Accordingly, the Motion is denied as moot.

This case is before the Court on Plaintiffs' Motion for Leave of Court to Respond to Autozone, Inc.'s, Pleadings of Other Affirmative Defenses after Discovery is Completed (Doc. No. 23). This is the usual course of proceeding in federal civil matters. Accordingly, the Motion is granted.

December 30, 2011.

                                                  s/ **Michael R. Merz**
                                             United States Magistrate Judge