IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARY E. MILLER, et al.,

       Plaintiffs,

                            :        Case No. 3:11-cv-237

                                  District Judge Thomas M. Rose
  -vs-                        :        Magistrate Judge Michael R. Merz

AUTOZONE, INC., et al.,

       Defendants.                  :

### ORDER TO PRO SE PLAINTIFFS UPON FILING OF MOTION FOR JUDGMENT ON THE PLEADINGS

       You are hereby notified that Defendant, AutoZone, Inc., filed with the Court on April 4, 2012, a motion for judgment on the pleadings in this case [Doc # 29]. You should receive a copy of the motion directly from the Defendant.

       Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (April 4, 2012) within which to file a response to this motion, plus an extra three days because of the way the motion was sent to you. Your response must be filed with the Court not later than April 30, 2012.

April 5, 2012.

                                                        s/ **Michael R. Merz**
                                                        United States Magistrate Judge