# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARY E. MILLER, et al.,

    Plaintiffs,  :  Case No. 3:11-cv-237

 - vs -        :  District Judge Thomas M. Rose
                Magistrate Judge Michael R. Merz

AUTOZONE, Inc. et. al.,  :

    Defendants.  :

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

  The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #31), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

  Accordingly, it is hereby ORDERED that the Complaint herein be dismissed with prejudice.

May 21, 2012           *s/THOMAS M. ROSE
                    Thomas M. Rose
                  United States District Judge